FILED

NOV 24 2021

CLERK U.S. ~~~~ CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Michael L. Morrison
**Plaintiff**

v.

Case No. SA 21CA1156 G

Kinetic Concepts, Inc
**Defendant**

## Proof of Service

I am attaching a copy of certified mail receipt and proof of signature

Sincerely,
Michael L. Morrison
11/24/2021

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | November 24, 2021 |

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7021 0950 0000 4122 7037

This item was delivered on 11/23/2021 at 07:47:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 22.1.1.0.29

